IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

14 APR 21 PM 3:51

OFFICE OF THE CLERK

| UNITED STATES OF AMERICA, | 8:14CR 114 |
|---|---|
| Plaintiff, | |
| vs. | INDICTMENT |
| JOSHUA CARL LEE SUGGS, | 49 U.S.C. § 46504 |
| Defendant. | |

The Grand Jury charges that

## COUNT I

On or about April 13, 2014, in the District of Nebraska, JOSHUA CARL LEE SUGGS, defendant herein, did, and attempted to, in the special aircraft jurisdiction of the United States, by assaulting and intimidating a flight crew member and flight attendant, interfere with the performance of the duties of the member and attendant and lessened the ability of the member and attendant to perform those duties.

In violation of Title 49, United States Code, Section 46504.

A TRUE BILL.

_____
FOREPERSON

_____
DEBORAH R. GILG
United States Attorney
District of Nebraska

1

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

DONALD J. KLEINE
ASSISTANT U.S. ATTORNEY