IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  vs.  **JOSHUA CARL LEE SUGGS,**  Defendant. | CASE NO. 8:14CR114  ORDER |

This matter is before the court on the May 19, 2014, letter request of Warden L. R. Thomas (Warden Thomas) at the Federal Bureau of Prisons Metropolitan Detention Center in Los Angeles, California (MDC), for an extension of time of the evaluation period of Joshua Suggs (Suggs) pursuant to the court's April 24, 2014, Order, which committed Suggs to the custody of the Attorney General to place the defendant in a suitable facility to determine whether Suggs is suffering from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to property of another pursuant to 18 U.S.C. § 4246(b). (Filing No. 20). Warden Thomas represents that Suggs was designated to the MDC on May 5, 2014, and MDC admitted Suggs on May 15, 2014. Warden Thomas requests the evaluation period to begin on Suggs' date of arrival and that an extension be granted to extend the evaluation period until July 14, 2014. Warden Thomas represents his staff will submit a final report within three weeks after the completion of the evaluation period. After consideration,

**IT IS ORDERED:**

1. Warden Thomas' staff shall have until **July 14, 2014**, to complete Suggs' evaluation and until **August 4, 2014**, to submit a final report to the court.

2. The Clerk of the Court is directed to send a copy of this order, by fax, to Warden Thomas at the MDC at 213-253-9510, and a certified copy of this order to the Records Office at MDC Los Angeles, Metropolitan Detention Center, 535 N. Alameda Street, Los Angeles, CA 90012.

Dated this 27th day of May, 2014.

BY THE COURT:

 s/ F.A. Gossett
United States Magistrate Judge