IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:14CR114 |
| vs. | |
| JOSHUA CARL LEE SUGGS, | ORDER |
| Defendant. | |

This matter is before the Court on the issue of transportation of the defendant from the Federal Bureau of Prisons Metropolitan Detention Center (MDC) in Los Angeles, California, to the District of Nebraska. The Court received the defendant's Psychological Evaluation Reports on September 25, 2014. Several efforts have been made by the U.S. Marshals Service in the District of Nebraska to receive notification documents allowing their agency to pick up the defendant from the MDC and transport him back to the District of Nebraska. To date, the MDC has not responded to the requests from the U.S. Marshals with the appropriate documents needed for transport.

**IT IS ORDERED:**

1. The U.S. Marshal Service shall immediately transport the defendant, Joshua Carl Lee Suggs, from the Federal Bureau of Prisons Metropolitan Detention Center in Los Angeles, California to the District of Nebraska so that he may be present for further court-related proceedings.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge