PS 42
(Rev 07/93)

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

15 JAN 22 AM 9: 15

OFFICE OF THE CLERK

## United States District Court
District of Nebraska

### District of Nebraska

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| vs ) | |
| ) | |
| **Joshua Suggs** ) | Case No. 8:14CR114 |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Joshua Suggs, have discussed with Todd Beacom, Pretrial Services Officer, modification of my release as follows:

**Modify Additional Condition of Release (8) (m)** to read......Refrain from any use or possession of alcohol.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  1/22/2015    _____  1/22/15
Signature of Defendant        Date         Pretrial Services Officer        Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____         1-21-15
Signature of Defense Counsel       Date

[X]   The above modification of conditions of release is ordered, to be effective on  1/21/2015

[ ]   The above modification of conditions of release is not ordered.

_____         1/21/2015
Signature of Judicial Officer       Date