IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JOSHUA CARL LEE SUGGS,<br><br>                Defendant. | 8:14CR114<br><br>**ORDER** |

      This matter is before the court following the initial appearance and violation of supervised release hearing held October 26, 2015. The government was represented by Donald Kleine, Assistant United State Attorney. The defendant was present and represented by David R. Stickman. The defendant denied allegations 1-3 regarding the Amended Petition for Offender Under Supervision, [Filing No. 58](). It was ordered that the Petition for Offender and supervision of probation be transferred to the Northern District of Illinois, [Filing No. 62]().

      IT IS ORDERED that the U.S. Marshal Service shall transport and return the defendant to the Northern District of Illinois as his case has been transferred to the Northern District of Illinois for resolution.

      Dated this 4th day of November, 2015

                                                                                    BY THE COURT:

                                                                                   s/ Joseph F. Bataillon
                                                                                    Senior United States District Judge